In re TRUSTEE OF LAW LIBRARY OF EIGHTH JUDICIAL DIST. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) In the matter of the appointment of a trustee of the law library of the Eighth judicial district. No opinion. Ordered, that Hon. Daniel J. Kenefick, justice of the Supreme Court in and for the Eighth judicial district, residing in the city of Buffalo, be, and he hereby is, appointed a trustee of the law library for the Eighth judicial district to succeed Hon. Edward W. Hatch, whose term of office has been abridged.

TUCKER, Respondent, v. DUDLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Edwin H. Tucker against Eugene B. Dudley. No opinion. Motion to resettle order granted.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Eliza Tyson against the Joseph H. Bauland Company. No opinion. Judgment and order unanimously affirmed, with costs.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Eliza Tyson against the Joseph H. Bauland Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

UBART, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Lizzie Ubart against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

ULLMAN et al., Respondents, v. CAMERON et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) Action by Morris Ullman and others against Albert L. Cameron, as trustee and individually, and others.

PER CURIAM. Motion granted, and questions certified as follows: First. Should the demurrer of Albert L. Cameron, defendant, individually and as trustee, be sustained upon the grounds that the plaintiffs have not legal capacity to sue, in that the title to the said cause of action is in the defendant William E. Lownsberry, as receiver, and that the plaintiffs have no title to the same? Second. Should the said demurrer be sustained upon the ground that there is a defect of parties plaintiff, in that the plaintiffs are not the proper parties to bring this action; that, if any cause of action exists as alleged in the complaint, it belongs to the defendant, William E. Lownsberry, as receiver; that he should be the party plaintiff, and not be a party defendant, to the said action? Third. Should the said demurrer be sustained upon the ground that the complaint does not state facts sufficient to constitute a cause of action?

UNGRICH, Appellant, v. CRAIN, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of Louis Ungrich against Thomas C. T. Crain. E. W. S. Johnston, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. 95 N. Y. Supp. 906.

UNITED STATES TITLE GUARANTY & INDEMNITY CO. v. DONOHUE et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the United States Title Guaranty & Indemnity Company against Annie Donohue and others. No opinion. Motion denied, on payment of $10 costs.

VAN DYKE, Respondent, v. VILLAGE OF BOONVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Anna Van Dyke against the village of Boonville.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the evidence does not establish any negligence upon the part of the defendant.

VASSILIADES et al., Respondents, v. STEEPLECHASE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Bella C. Vassiliades and Erastus A. Hicks against the Steeplechase Company. No opinion. Judgment and order affirmed, with costs.

VILLA, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Emma Villa against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

VOLKER, Respondent, v. KAISER, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by William J. Volker against Harry M. Kaiser, as sheriff of the county of Erie. No opinion. Judgment and order affirmed, with costs.

VOLLKOMMER, Respondent, v. FRANK et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Joseph Vollkommer, Jr., as trustee, etc., against Solon L. Frank and Samuel Frank, etc. No opinion. Motion denied.

VON DEBEN, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Louis M. Von Deben against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment affirmed, with costs.

VOSS, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Edward Voss against George M. Smith, as receiver. C. W. Francis, for appellant. C. L.